IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 3:03-1925-JFA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER OF ABSTENTION |
| ELIJAH GIVENS, CHRYSLER FINANCIAL CORPORATION, and NATIONSBANK OF VIRGINIA, N.A., | ) | |
| Defendants. | ) | |

The court having been advised that the defendant(s), Elijah Givens, filed a Chapter 13 Bankruptcy Petition on May 16, 2005, it is

ORDERED, that the proceedings in the above-captioned action be, and they are hereby, statistically stayed, pending conclusion of the proceedings in the United States Bankruptcy Court. This Court retains jurisdiction in this matter, and, upon request by either party, this case will be restored to its rightful and proper place on the trial roster at that time.

AND IT IS SO ORDERED.

s/Joseph F. Anderson, Jr.
United States District Judge

Columbia, South Carolina
May 19, 2005